AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

4919 KANSAS AVENUE, NW WASHINGTON, DC

**SEARCH WARRANT**

FILED
FEB 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 0 8 - 0 6 3 - M - 0 1

TO ___TIMOTHY J. ERVIN___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent TIMOTHY J. ERVIN who has reason to believe that

said premises, known as 4919 Kansas Avenue, NW, Washington, DC is described as a three story attached townhouse, with gray siding, black shutters and a white awning. The main entrance door to townhouse is dark in color. There is also a white screen door. The numerals "4919" appear on the porch in black.

in the District of Columbia, there is now concealed a certain person or property, namely

SEE ATTACHED AFFIDAVIT AND SCHEDULE A.

☐ ☐ ☐

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___FEB 11 2008___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M ) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 01 2008  2:50 PM           at Washington, D.C.

Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer          Signature of Judicial Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 2/1/08 | DATE AND TIME WARRANT EXECUTED 2/5/08 2:38p | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH PENNY JONES |
| INVENTORY MADE IN THE PRESENCE OF PENNY JONES | | |
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT | | |

- SEE ATTACHED -

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

FILED
FEB 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

_____
Date

FD-597 (Rev 8-11-94)

Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __245F-WF-230025__

On (date) __2/5/08__

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) __PENNY JONES__

(Street Address) __4919 KANSAS AVE, N.W.__

(City) __WASHINGTON, DC__

Description of Item(s):
1. PHOTOS - ROOM A
2. PAPERWORK - ROOM L
3. LEASE PAPERWORK - ROOM B
4. SILVER S&W 357 ADL6133 - BASEMENT - ROOM F
5. 23 ROUNDS AMMO - BASEMENT - ROOM F
6. SMALL QUANTITY MARIJUANA & CIGARETTES - ROOM F

NOTHING MORE

Received By: _(Signature)_        Received From: _(Signature)_